EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* SOCORRO SANTIAGO, acusado y apelante.

No. 4809.—*Sometido:* Junio 15, 1932. *Resuelto:* Febrero 2, 1933.

*R. Hernández Matos,* abogado del apelante; *R. A. Gómez, Fiscal,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

La Ley No. 85 de 20 de agosto de 1925, página 585, promulgada para proveer de rentas al Pueblo de Puerto Rico, dispone en su sección 29 que toda persona que tuviere en su poder o custodia o a su disposición cualquier alambique que sea capaz de destilar alcohol para fines medicinales, industriales, científicos o sacramentales lo inscribirá en la oficina del Tesorero de Puerto Rico y que la persona que dejare de inscribirlo será culpable de un delito menos grave. Por infracción a esa sección de la ley fué denunciado y castigado Socorro Santiago, quien ha interpuesto esta apelación.

El apelante acepta que tenía un alambique que destilaba alcohol y que no lo tenía inscrito en la Tesorería de Puerto Rico, pero alega que no se probó que tal alambique sea capaz de destilar alcohol para los fines antes expresados.

El único testigo que declaró en este caso, un guardia de la Policía Insular, dijo que el alcohol que destilaba el acusado en su alambique puede beberse y también ser usado para fines científicos, comerciales o sacramentales; declaración que fué objetada por el denunciado fundándose en que ese testigo no está capacitado para declarar sobre ese particular; habiendo manifestado la corte inferior que eso es de conocimiento judicial y de conocimiento público y general.

No se nos ha demostrado ni sabemos que existan alambiques que sólo sean capaces de destilar alcohol para fines industriales, científicos, comerciales o sacramentales. Creemos que cualquier alambique puede destilar alcohol que se use de esa manera. Por consiguiente, todo alambique debe ser inscrito en la Tesorería de Puerto Rico porque todos son capaces de destilar alcohol que puede ser usado de ese modo, y no será necesario que el fiscal pruebe que determinado

alambique es capaz de destilar alcohol para dichos fines. Por esto no perjudicó al apelante lo que dijo el testigo ni la manifestación que hizo la corte inferior en el juicio.

*La sentencia apelada debe ser confirmada.*